UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| National Erectors Rebar, Inc., | ) | |
|         Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Robert Armstrong, Jr., Summit Design Group, Inc., | ) | No. 5:15-CV-647-BR |
| Robert P. Armstrong, Jr., Inc. | ) | |
| | ) | |
|         Appellees. | ) | |
| | ) | |

| | | |
|---|---|---|
| Weaver Cooke Construction, LLC, | ) | |
|         Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Summit Design Group, Inc., Robert Armstrong, Jr., | ) | No. 5:15-CV-648-BR |
| Robert Armstrong, Jr., Inc., | ) | |
| | ) | |
|        Appellees. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the bankruptcy court's 25 November 2015 recommendation and CERTIFIES that order as final for purposes of appeal. Weaver Cooke's motion to intervene is DENIED as moot. The bankruptcy court's 25 November 2015 order is AFFIRMED.

**This judgment filed and entered on January 11, 2017, and served on:**

Joseph P. Gram  (via CM/ECF Notice of Electronic Filing)
Kelli E Goss  (via CM/ECF Notice of Electronic Filing)
Luke J. Farley  (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III  (via CM/ECF Notice of Electronic Filing)
Benjamin Smith Chesson  (via CM/ECF Notice of Electronic Filing)
Lucian P. Sbarra  (via CM/ECF Notice of Electronic Filing)
Bridget Villacorta Warren (via CM/ECF Notice of Electronic Filing)

Christopher J. Derrenbacher (via CM/ECF Notice of Electronic Filing)
Eric G. Sauls (via CM/ECF Notice of Electronic Filing)


January 11, 2017

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk